1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3
4
5
6
7                        UNITED STATES DISTRICT COURT
8                       NORTHERN DISTRICT OF CALIFORNIA
9                                OAKLAND DIVISION

10 UNITED STATES OF AMERICA,            )    No. CR-10-00406 MAG
                                        )
11         Plaintiff,                   )    [PROPOSED] ORDER FOR SUMMONS
                                        )
12    v.                                )
                                        )
13 LULSEGED GIRMA,                      )
                                        )
14         Defendant.                   )
   _____)

15

16     Having reviewed the Declaration of Matthew DellaBetta, the Court finds that probable

17 cause exists to believe that an offense has been committed.  Accordingly, pursuant to Fed. R.

18 Crim. P. 58(d)(3), the Clerk of the Court is directed to issue a summons directing the Defendant,

19 Lulseged Girma, to appear on June 2, 2010 at 10:00 a.m. before Magistrate Judge Donna Ryu to

20 answer the Information that has been filed by the United States Attorney.

21
22
23 IT IS SO ORDERED.

24 Dated: May 24, 2010                       _____
25                                           LAUREL BEELER
                                             United States Magistrate Judge
26
27
28

[PROPOSED] ORDER FOR SUMMONS
CR-10-00406 MAG                    -1-