JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

MAUREEN BESSETTE (NYSBN 2468254)
Chief, Oakland Branch

WADE M. RHYNE (CABN 216799)
Assistant United States Attorney

MATTHEW DELLABETTA
Law Clerk

1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3737
Fax: (510) 637-3724
Email: matthew.dellabetta@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LULSEGED GIRMA, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 10-00406 DMR <br><br> **ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** <br><br> Date:  June 2, 2010 <br> Time:  10:00 a.m. <br> Court:  Hon. Donna Ryu |

At the request of defense counsel, and with the agreement of the government, the Court hereby orders time excluded under the Speedy Trial Act from June 2, 2010 to June 23, 2010 for effective preparation of defense counsel. Defense counsel requires time to review discovery that the government produced at the June 2, 2010 arraignment. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy and public trial, and the failure to grant the requested continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking

ORDER EXCLUDING TIME
CR 10-00406 DMR

into account the exercise of due diligence.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

## IV. CONCLUSION

Time is excluded under the Speedy Trial Act from June 2, 2010 to June 23, 2010.

IT IS SO ORDERED.

DATED:  6/7/2010



_____
DONNA RYU
United States Magistrate Judge

ORDER EXCLUDING TIME
CR 10-00406 DMR