BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant GIRMA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10-00406-DR |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE; |
| ) | [PROPOSED] ORDER CONTINUING |
| vs. ) | CASE AND EXCLUDING TIME UNDER |
| ) | THE SPEEDY TRIAL ACT |
| LULSEGED GIRMA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    IT IS HEREBY STIPULATED, by and between the parties to this action, that the TRIAL OR MOTIONS SETTING OR DISPOSITION HEARING date of June 23, 2010 scheduled at 10:00 a.m., before the Hon. Donna M. Ryu, be vacated and re-set for July 26, 2010 at 10:00 a.m., for TRIAL OR MOTIONS SETTING OR DISPOSITION HEARING.

    The reason for this request is that defense counsel is presently reviewing newly provided discovery and needs additional time to investigate and analyze it. Also, defense counsel anticipates being on paternity leave for up to two weeks during the period between June 23 and July 26, 2010.

    The parties agree and stipulate that the time until July 26, 2010 should be excluded, under 18 U.S.C. §3161(h)(7)(A) and (B)(4) because the ends of justice served by the granting

of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts.

Date   6/22/10            /s/
                            John Paul Reichmuth
                            Assistant Federal Public Defender
                            Counsel for defendant GIRMA

Date   06/22/10           /s/
                            Wade M. Rhyne
                            Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.          /S/ ANGELA M. HANSEN

| | |
|---|---|
| 1 | ORDER |
| 2 | The court finds that the ends of justice served by the granting of the continuance |
| 3 | outweigh the bests interests of the public and the defendant in a speedy and public trial. The |
| 4 | continuance is necessary to accommodate counsel's preparation efforts and continuity of |
| 5 | counsel.  Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned |
| 6 | matter is continued to July 26, 2010 at 10:00 a.m., before the Hon. Donna M. Ryu, and that |
| 7 | time is excluded from June 23, 2010 until July 26, 2010 pursuant to 18 U.S.C. § 3161(h)(7)(a) |
| 8 | and (B)(4). |
| 9 | IT IS SO ORDERED. |

June 24, 2010
Date

_(signature)_
HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE