1 | GEOFFREY A. HANSEN
Acting Federal Public Defender
2 | JOHN PAUL REICHMUTH
Assistant Federal Public Defender
3 | 555 - 12th Street, Suite 650
Oakland, CA 94607-3627
4 | Telephone: (510) 637-3500

5 | Counsel for Defendant GIRMA

**FILED**

JUN 1 5 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

6

7

8

9

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | ) | No. CR 10-00406-DMR |
| | ) | |
| Plaintiff, | ) | STIPULATION TO MODIFY PROBATION |
| | ) | CONDITIONS; [~~PROPOSED~~] ORDER |
| vs. | ) | |
| | ) | |
| LULSEGED GIRMA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

11

12

13

14

15

16

        IT IS HEREBY STIPULATED, by and between the parties to this action, that Mr. Girma

17

be permitted to travel to Ethiopia from on or about June 20, 2012 until on or about June 28, 2012

18

to visit his ailing father and bring his children to the United States to visit for the summer,

19

anticipating a request to travel again at the end of the summer for purposes of returning his

20

children to Ethiopia. Mr. Girma is to provide itinerary and contact information for the entire trip

21

to his Probation Officer before he departs and report to any out of District Office as directed by

22

his Probation Officer. The Probation Officer may permit reasonable variations in these travel

23

plans without seeking further leave of the court.

24

        The Probation Officer has been contacted and objects to the requested travel on the

25

grounds that Mr. Girma did not request permission far enough in advance. The parties are aware

26

cc: Copy to parties via ECF, Probation

1

1    that Mr. Girma has already traveled to Ethiopia while on Probation, with permission, and without

2    incident; that he is compliant with his probation and restitution schedule; that his conviction is

3    not related to international travel or his family; and that his contacts in Ethiopia, including his

4    children, were verified at the time of his last trip there.

5

6    DATED: June 15, 2012

7                                        /s/
                                 WADE RHYNE

8                                  Assistant United States Attorney

9

10   DATED: June 15, 2012

11                                     /s/
                                 JOHN PAUL REICHMUTH

12                                  Assistant Federal Public Defender
                                 Counsel for Mr. Girma

13

14

                              ORDER

15

16        IT IS HEREBY ORDERED that the probation conditions in this case be modified to

17   permit Mr. Girma to travel to Ethiopia from on or about June 20, 2012 until on or about June 28,

     2012. Mr. Girma is to provide itinerary and contact information for the entire trip to his

18   Probation Officer before he departs and report to any other Probation Office as directed by his

19   Probation Officer. The Probation Officer may permit reasonable variations in these travel plans

20   without seeking further leave of the court. *~~The~~ Mr. Girma is cautioned that*

21   *future requests will be denied if not provided to his*

22   *probation officer with sufficient time for verification.*

    Dated:

23     *6/15/12*                    HON. DONNA M. RYU

24                                 UNITED STATES MAGISTRATE JUDGE

25

26